IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERICO VIEYRA-GARCIA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CASE NO. 2:11-CV-383-WKW<br>[WO] |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 6), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)    the Recommendation is ADOPTED;

(2)    Petitioner's 28 U.S.C. § 2255 motion is DENIED;

(3)    this action is DISMISSED; and

(4)    costs are taxed against Petitioner for which let execution issue.

A separate judgment will be entered.

DONE this 24th day of June, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE